IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SAMUEL M. JAMES,

    Plaintiff,

v.                                     Civil Action No. 3:07cv317

SERVICESOURCE, INC.,
et al.,

    Defendants.

## ORDER

By Order entered herein on January 4, 2008 (Docket No. 50), the DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 39) and the Motion for Malpractice Joinder (Docket No. 44) were referred to Magistrate Judge Dennis W. Dohnal for report and recommendation. Having reviewed the REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE entered herein on February 12, 2008 (Docket No. 54), the plaintiff being given two extensions of time in which to file objections, there being no timely filed objections thereto, and having considered the record and the REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE and finding no error therein, it is hereby ORDERED that the REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE.

It is further ORDERED that:

(1) the plaintiff's Motion for Malpractice Joinder (Docket No. 44) is denied;

(2) the DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 39) is granted; and

(3) the Clerk shall close this action.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

The Clerk is directed to send a copy of this Order to the plaintiff and counsel of record.

It is so ORDERED.

/s/ Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 15, 2008